# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Brian James Laughter,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00235-MOC |
| | ) | 1:16-cr-00088-MOC-DLH |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2019 Order.

October 18, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court